USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/12/2026___

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GUIDEPOINT GLOBAL, LLC,

        Plaintiff,

v.

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, and INQUIRE NETWORK, INC.,

        Defendants.

CIVIL ACTION NO. 1:26-cv-03684-VEC

**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

## ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY

Upon the Verified First Amended Complaint for Injunctive Relief and Monetary Damages, dated May 11, 2026, the exhibits attached thereto, the supporting Declaration of John Campanella, Plaintiff Guidepoint Global, LLC's Memorandum of Law in Support of its Application by Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, and Guidepoint's Memorandum of Law in Support of Order to Show Cause for Expedited Discovery and Forensic Examination, and pursuant to Federal Rule of Civil Procedure 65, it is hereby:

**ORDERED**, that Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng (the "Individual Defendants"), and Inquire Network, Inc. (together with the Individual Defendants, the "Defendants") show cause before this Court, the Honorable Valerie Caproni presiding, at Courtroom **20C**, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on **Friday, May 15, 2026, at 11:30 A.M.**, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure. Defendants may submit a consolidated response to Plaintiff's application for a temporary restraining order and expedited

1

discovery not later than **Wednesday, May 13, 2026, at 5:00 P.M.**  Plaintiff may submit a consolidated reply in support of its application for a temporary restraining order and expedited discovery not later than **Thursday, May 14, 2026, at 5:00 P.M.**

**ORDERED**, that service of a copy of this Order to Show Cause, together with the papers upon which it is based, shall be deemed good and sufficient service upon Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, and Inquire Network, Inc., by delivering a copy of the same via email to Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, and Inquire Network, Inc.'s counsel, Lisa M. Gingeleskie of Lindabury, Mccormick, Estabrook & Cooper, via email at lgingeleskie@lindabury.com and upon Alan Ware by delivering a copy of same via email to Ware at ajwareny@gmail.com **as soon as practicable, but not later than Tuesday, May 12, 2026, at 5:00 P.M.**  Plaintiff must file proof of service on the docket not later than **Tuesday, May 12, 2026, at 5:00 P.M.**

**ORDERED**, that, prior to the hearing to show cause why a preliminary injunction should not be granted, expedited discovery in furtherance of Guidepoint's emergency relief is authorized as follows:

(1) Defendants shall make a complete production of documents in response to the requests for production and fully respond to the interrogatories within fourteen (14) days of the entry of the Court's Order (the "Expedited Production");

(2) Defendants shall make available the devices/data sources of information within three business days so a forensic vendor can forensically image those sources; the parties must stipulate to a forensic protocol and submit it to the Court within three business days from the date the Court enters its order granting expedited discovery;

(3) Guidepoint may depose each Defendant, not to exceed three hours on the record for each, and each Defendant shall make himself, herself, or itself available for deposition upon three days' notice, and all depositions shall be completed within 21 days after the Expedited Production; and

(4) Guidepoint may, on or after the date of the entry of this Order, propound a non-party subpoena to non-party DL Software, Inc. pursuant to Fed. R. Civ. P. 45.


SO ORDERED.

Dated: May 12, 2026

_____
HON. VALERIE CAPRONI
United States District Judge