USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/15/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GUIDEPOINT GLOBAL, LLC,                  :
                                         :
                          Plaintiff,     :
                                         :
          -against-                      :          26-CV-03684 (VEC)
                                         :
ALAN WARE, SHEETAL DUGGAL, KIRANG        :          POST-CONFERENCE
GOHIL, CHRISTIANA (a/k/a TIANA) ENG, and :              ORDER
INQUIRE NETWORK, INC.,                   :
                                         :
                          Defendants.    :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference on Friday, May 15, 2026;

IT IS HEREBY ORDERED that, for the reasons stated on the record, the Initial Pretrial

Conference scheduled for Friday, June 26, 2026, is ADJOURNED to **Friday, July 10, 2026, at**

**10:00 A.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York 10007.  Not later than

**Thursday, July 2, 2026**, the parties must submit a joint letter, not to exceed five (5) pages,

setting forth each party's position on the following:

    (i)    the status of fact discovery;

    (ii)    whether the parties believe that additional fact discovery is necessary and, if so, what such discovery may entail;

    (iii)    whether the parties believe that expert discovery is necessary and, if so, what such discovery may entail;

(iv)  whether, given the Defendants' Consent Orders and Stipulated Injunctions, the parties agree that it would be efficient and practicable to combine the preliminary injunction proceeding and merits trial in this matter;

(v)  all mutually acceptable trial dates between (a) August 1, 2026, through August 14, 2026, and (b) October 1, 2026, through November 20, 2026; and

(vi)  any other information that the parties believe may assist the Court in resolving this action.

IT IS FURTHER ORDERED that each Defendant's deadline to answer or otherwise respond to the First Amended Complaint, Dkt. 10, is ADJOURNED to **Friday, June 5, 2026**.  If any Defendant(s) moves to dismiss the First Amended Complaint, Plaintiff may submit an opposition to any such motion not later than **Tuesday, July 7, 2026**.  Defendants may reply not later than **Tuesday, July 21, 2026**.

IT IS FURTHER ORDERED that not later than **Friday, May 29, 2026**, the parties must present to the Court a mutually agreed upon proposed Order to Perform Forensic Inspection and Protocol Agreement (the "Expedited Discovery Protocol").  If the parties fail to reach agreement on the Expedited Discovery Protocol, not later than **Friday, May 29, 2026**, the parties must submit a joint letter, not to exceed three (3) pages, detailing the area(s) of dispute and setting forth each party's proposed solution(s).

IT IS FURTHER ORDERED that Plaintiff may proceed with third-party discovery on an expedited basis without first seeking leave of Court.

///

///

///

///

IT IS FURTHER ORDERED that not later than **Tuesday, June 30, 2026**, Defendants may depose Mr. John Campanella, Chief Financial Officer for Guidepoint Global, LLC.

IT IS FURTHER ORDERED that the Clerk of Court terminate the open motion at Dkt. 48.


**SO ORDERED.**

**Date:  May 15, 2026**               **VALERIE CAPRONI**
**         New York, New York**               **United States District Judge**