USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/3/2026___

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, and Christiana (aka Tiana) Eng; Inquire Network, Inc.; and DL Software, Inc.<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC<br><br>Jury Trial Demanded |

## CONSENT ORDER AND STIPULATED INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Guidepoint Global, LLC ("Plaintiff," "Guidepoint," or the "Company") and Defendant DL Software, Inc. ("DL Software") hereby jointly move for the entry of this Consent Order and Stipulated Injunction and state as follows:

WHEREAS, on May 4, 2026, Guidepoint filed a Complaint for Injunctive Relief and Monetary Damages [Dkt. 1];

WHEREAS, on May 11, 2026, Guidepoint filed a Verified First Amended Complaint for Injunctive Relief and Monetary Damages ("First Amended Complaint") [Dkt. 10];

WHEREAS, on June 1, 2026, Guidepoint filed a Verified Second Amended Complaint for Injunctive Relief and Monetary Damages ("Second Amended Complaint") [Dkt. 69];

WHEREAS, the Second Amended Complaint alleges that Alan Ware, Sheetal Duggal, Kirang Gohil, and Christiana (aka Tiana) Eng exfiltrated Guidepoint's confidential, proprietary and trade secret information to use in furtherance of a new company and competitor, Inquire Network, Inc.;

1

WHEREAS, the Second Amended Complaint alleges that a DL Software employee also has an Inquire Network email address;

WHEREAS, the Second Amended Complaint alleges that DL Software has taken improper possession of Guidepoint's trade secret and confidential information;

WHEREAS, the Second Amended Complaint alleges Guidepoint will suffer irreparable harm if Defendants use or misappropriate Guidepoint's confidential and trade secret information;

WHEREAS, DL Software denies any wrongdoing or misconduct and also denies that Guidepoint is entitled to any relief against it;

WHEREAS, Guidepoint and counsel for DL Software have met and conferred and hereby stipulate to the following.

Because Guidepoint and counsel for DL Software consent to the entry of the Consent Order and Stipulated Injunction and for good cause shown, the Court enters the following Temporary Restraining Order:

1. As of the date of this order, DL Software, and any persons and/or entities acting on its behalf, or in active concert or participation with it, is enjoined from using, printing, copying, distributing, disclosing, or examining any confidential or trade secret information taken from or belonging to Guidepoint whether or not in original form, including without limitation, Guidepoint's technical and business information and data, or other Guidepoint trade secret or confidential information. This includes, but is not limited to, any copies of transcripts of moderated calls belonging to Guidepoint, lists of advisors such as the list with the file name TMT+Fintech Advisors 2025, and documents containing Guidepoint's current or prospective business opportunities or clients, such as the document that includes the filename Pipeline Sheet. DL Software, and any persons and/or entities acting on its behalf, or in active concert or participation

with it, is further enjoined from using those documents to contact or communicate with any individuals listed in the file TMT+Fintech Advisors 2025 or any other file belonging to or originating from Guidepoint that DL Software received from Alan Ware, Sheetal Duggal, Kirang Gohil, or Christiana (aka Tiana) Eng or any other Guidepoint employee or consultant. However, for clarity, nothing in this Order shall abrogate DL Software's right to contact any individual identified through other means (e.g. internet searches for an individuals' professional subject matter) merely because that individual happens to also be on a Guidepoint list.

Defendant DL stipulates and agrees to expedited discovery on the following schedule:

1. Guidepoint will serve limited requests for production and interrogatories on or before June 5, 2026.

2. On or before June 19, 2026, Defendant DL will serve responses, objections and produce documents responsive to Guidepoint's requests for production (to the extent they are not objected to).

3. The parties shall negotiate in good faith the need for depositions during expedited discovery, but at a minimum Mr. Dietzel will be subject to a deposition during expedited discovery.

Defendant DL stipulates and agrees to computer forensics as follows:

1. Defendant DL will agree to the other parties negotiated Order to Perform Forensic Inspection and Protocol Agreement ("Protocol").

2. Only DL employee's Devices (as defined by the Protocol) and emails that: 1) interacted with Guidepoint employees; 2) interacted with Defendant Inquire Network shall be subject to the Protocol; or 3) received Guidepoint confidential information or trade secrets.

3. As of at least the date of this order, DL Software shall preserve and not delete all information relevant to this litigation.

Unless otherwise ordered by the Court, this Order will remain in effect until further order of the Court or the date upon which the Court can hold a hearing and issue a decision resolving Guidepoint's motion for preliminary injunction.

IT IS SO ORDERED

Dated: _____June 3_____, 2026

_____
Hon. Valerie Caproni, U.S.D.J.

4

| Stipulated and Agreed to by: | |
|---|---|
| **Stipulated and Agreed to by:** | |
| */s/ Jacob R. Dean* | */s/ Edward Paltzik (with express permission)* |
| Jason D. Burns | Edward Paltzik |
| Daniel P. Filor | Erik Dykema |
| Shira M. Poliak | TAYLOR DYKEMA PLLC |
| GREENBERG TRAURIG, LLP | 914 E. 25th Street |
| One Vanderbilt Avenue | Houston, Texas 77009 |
| New York, NY 10017 | +1 (516) 526-0341 |
| (212) 801-9294 | edward@taylordykema.com |
| Jason.Burns@gtlaw.com | erik@taylordykema.com |
| Filord@gtlaw.com | |
| Shira.Poliak@gtlaw.com | *Counsel for Defendants* |
| | |
| Justin K. Victor (*admitted phv*) | |
| Jacob R. Dean (*admitted phv*) | |
| GREENBERG TRAURIG, LLP | |
| 3333 Piedmont Road NE, Suite 2500 | |
| Atlanta, GA 30305 | |
| (678) 553-2100 | |
| victorj@gtlaw.com | |
| deanj@gtlaw.com | |
| | |
| *Counsel for Plaintiff Guidepoint Global, LLC* | |

5