USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-against-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

------------------------------------------------------------X

26-CV-03684 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 22, 2026, Defendants answered Plaintiff Guidepoint Global, LLC's ("Guidepoint"), Second Amended Complaint, Dkt. 69, and asserted various counterclaims against Guidepoint, *see* Dkt. 85; and

WHEREAS on July 13, 2026, Guidepoint moved to dismiss Defendants' counterclaims, *see* Dkt. 89;

IT IS HEREBY ORDERED that Defendants may submit any opposition to Guidepoint's motion to dismiss not later than **Wednesday, August 12, 2026**. Guidepoint may submit any reply in support of its motion to dismiss not later than **Wednesday, August 26, 2026**.

**SO ORDERED.**

**Date: July 17, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**