GT GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2026

Jacob R. Dean
Tel 678.553.2161
deanj@gtlaw.com

**MEMO ENDORSED**

August 6, 2026

**VIA CM/ECF and EMAIL**

Hon. Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

Re: 1:26-cv-03684-VEC *Guidepoint Global, LLC v. Ware, et al.*

Dear Judge Caproni:

We represent Plaintiff Guidepoint Global, LLC ("Guidepoint") in the above-referenced action. The Parties jointly request to extend Guidepoint's deadline to file an amended complaint and the briefing schedule for Guidepoint's pending motion to dismiss Defendants' counterclaims. Dkt. 89.

At present, August 17, 2026 is the last date for Guidepoint to file a motion to amend or join additional parties. Dkt. 95. Guidepoint seeks a 30-day extension, to September 18, 2026, to file a motion to amend or join additional parties. Although the Parties are making significant progress in releasing documents pursuant to the forensic protocol, tens of thousands of documents remain to be reviewed by Defendants' counsel and released to Guidepoint. Following the release, Guidepoint will require time to review the production, which it expects will be voluminous. Defendants have already released approximately 122,000 documents, and Guidepoint expects the forthcoming release may exceed that amount. This short deadline extension will provide additional time for Guidepoint to assimilate its finding and incorporate it in its pleading. Defendants do not object to this extension request. This is Guidepoint's first request to amend this deadline, and good cause exists to briefly extend this deadline.

In light of the foregoing, the Parties also seek an extension of Defendants' deadline to oppose Guidepoint's motion to dismiss Defendants' counterclaims, and Guidepoint's deadline to file a reply brief in support of its motion. Defendants' opposition is currently due on August 12, 2026. Dkt. 96. Given the likelihood that Guidepoint will file a Third Amended Complaint, Defendants ask that briefing related to its current counterclaims be stayed pending that filing which may moot the pending motion. Defendants further request that their deadline to file a responsive pleading and/or counterclaims to the forthcoming Third Amended Complaint be due 14 days after an upcoming planned mediation in September or October, should the mediation not be successful. (The Parties will apprise the court concerning a mediation date in their upcoming status report,

due August 17.) The Court previously entered a briefing schedule, Dkt. 96, and this request is Defendants' first request to amend it. This request will serve to conserve both the Parties' and the Court's resources by avoiding the briefing and deciding of unnecessary motions should the Parties reach a settlement.

These extension requests will not affect any other pending deadlines in this matter. Because of the documents already being exchanged pursuant to the forensic protocol entered by the Court overlapping with the anticipated additional parties to be named in Guidepoint's Third Amended Complaint, the Parties do not anticipate an impact to the scope of discovery.

We appreciate the Court's attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacob R. Dean*<br>Jason D. Burns<br>Daniel P. Filor<br>Shira M. Poliak<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>(212) 801-9294<br>Jason.Burns@gtlaw.com<br>Filord@gtlaw.com<br>Shira.Poliak@gtlaw.com<br><br>Justin K. Victor (*admitted phv*)<br>Jacob R. Dean (*admitted phv*)<br>Fallon Jones (*admitted phv*)<br>GREENBERG TRAURIG, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>(678) 553-2100<br>victorj@gtlaw.com<br>deanj@gtlaw.com<br>fallon.jones@gtlaw.com<br><br>*Counsel for Plaintiff Guidepoint Global, LLC* | */s/ Edward Paltzik*<br>Edward Paltzik<br>Erik Dykema<br>Craig L. Uhrich<br>Isaac M. Diskind<br>Avery Horovitz<br>TAYLOR DYKEMA PLLC<br>914 E. 25th Street<br>Houston, Texas 77009<br>+1 (516) 526-0341<br>edward@taylordykema.com<br>erik@taylordykema.com<br>craig@taylordykema.com<br>isaac@taylordykema.com<br>avery@taylordykema.com<br><br>*Counsel for Defendants* |

cc: Counsel of Record (via CM/ECF)

Application GRANTED. Plaintiff's deadline to file a motion to amend the complaint or join additional parties is ADJOURNED to **Friday, September 18, 2026**. On the date on which Plaintiff files its motion to amend or join additional parties, the parties are instructed to file a joint letter, not to exceed two (2) pages, informing the Court whether Defendants plan to oppose Plaintiff's motion to amend.

It is further ordered that (i) Defendants' deadline to oppose Plaintiff's pending motion to dismiss Defendants' counterclaims, Dkt. 89, and (ii) Plaintiff's deadline to reply in support of its motion to dismiss are ADJOURNED *sine die*.

SO ORDERED.

Valerie Caproni 8/7/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE