USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference is scheduled on **August 27, 2026,** at **2:00 p.m.** by telephone to discuss the discovery disputes raised in the letter at ECF No. 103. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 289 856 176#).

**SO ORDERED.**

Dated: August 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge