USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to seal. ECF No. 106. Plaintiff is directed to comply with the rules for sealing set out in the undersigned's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: August 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge