USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUIDEPOINT GLOBAL, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,<br><br>Defendants. | **ORDER**<br><br>26-CV-3684 (VEC) (HJR) |

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to seal, originally filed at ECF No. 106, and refiled at ECF No. 118. The motion is **GRANTED** and the requested redactions are approved. Plaintiff shall file public versions of the redacted and sealed documents in accordance with the undersigned's Individual Rules and Practices for Civil Cases.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 106 and 118 as **GRANTED**.

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge