USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/27/2026

\UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 27, 2026 to discuss the discovery disputes raised in ECF No. 103. For the reasons articulated at the conference, the parties shall adhere to the following directives.

Solely for purposes of these discovery requests, the terms "Covered Persons" and "Covered Entities" shall be construed to include RealTime Advisory, Inc. and other entities associated with the Covered Persons and Covered Entities. So construed, Defendants shall serve amended responses and objections to Plaintiff's second requests for production by **August 31, 2026**.

Defendants shall serve responses and objections to Plaintiff's second set of interrogatories by **August 31, 2026**. For purposes of the interrogatories referenced below, *the effective date of the consent order* means, for each defendant, the date on which the order became effective as to that defendant. Defendants shall respond to the modified interrogatories described below.

- **Interrogatory 5** is amended to read: Identify every person who has directed, supervised, assigned, or requested You to perform any work or activity in connection with any Covered Entity or Covered Person from the effective date of the consent order to the present.
- **Interrogatory 9** is amended to read: Identify every source of income, compensation, or financial benefit of any kind that You have received from any Covered Entity or Covered Person from the effective date of the consent order to the present, including the identity of each payor, the amount of each payment, and the date of each payment.
- **Interrogatory 10** is amended to read: Identify all written agreements, contracts, or understandings, between You and any Covered Entity or Covered Person that have been entered into or modified from the effective date of the consent order to the present.

With respect to **Interrogatory 15**, Defendants' counsel is directed to confer with their clients and with Plaintiff regarding the most efficient way to disclose the identified information. Interrogatory 15 is amended to read: Identify every customer or advisor You have worked with or for in connection with any Covered Entity from the effective date of the consent order to the present, including the identity of the customer or advisor, the nature of the engagement, and Your role.

To the extent Defendants are unable to provide complete responses to the foregoing interrogatories by August 31, 2026, Defendants are to supplement their responses by **September 4, 2026**.

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge