USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a conference on an anticipated motion to quash. ECF No. 124. Defendants shall respond to the letter motion by **September 3, 2026**.

A conference is scheduled for **September 8, 2026,** at **3:00 p.m.** by telephone to discuss the letter motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 648 765 1#).

**SO ORDERED.**

Dated: August 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge