**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, Inquire Network, Inc., and DL Software, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC-HJR |

**DECLARATION OF JACOB R. DEAN**

I, Jacob R. Dean, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Greenberg Traurig, LLP, counsel for Plaintiff Guidepoint Global, LLC ("Guidepoint"), and am admitted to practice before this Court pro hac vice in this action. I am fully familiar with the facts set forth in this Declaration.

2. I make this declaration in support of Guidepoint's Motion for an Order of Contempt Against Defendants Alan Ware, Kirang Gohil, and Those in Active Concert with Them (the "Motion").

3. Except as otherwise stated, I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently to them.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0343522.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a June 22, 2026 email that Defendants produced in this action bearing the Bates number TD_0343866.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the June 24, 2026 deposition of Sheetal Duggal. Defendants have designated portions of Exhibit 3 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the June 25, 2026 letter from Jacob R. Dean to Defendants' counsel.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the June 26, 2026 letter from Edward A. Paltzik to Jacob R. Dean.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Guidepoint's July 2, 2026 Requests for Production and Interrogatories to the Individual Defendants.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the Certificate of Incorporation of RealTime Advisory, Inc. that Defendants' counsel provided to Guidepoint's counsel.

11. Attached hereto as **Exhibit 8** is a true and correct copy of the Letter of Intent between Inquire Network and DL Software, produced in this action bearing the Bates numbers DL00001–DL00013. Defendants have designated Exhibit 8 as Protected Discovery Material under the Parties' Stipulated Protective Order and have requested that Guidepoint file this exhibit provisionally under seal.

12. Attached hereto as **Exhibit 9** is a true and correct copy of the June 22, 2026 email that Defendants produced in this action bearing the Bates numbers TD_0343854–TD_0343855.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the presentation with the filename "RealTimeAdvisors_Pitch" that Defendants produced in this action bearing the Bates numbers TD_0343515–TD_03434519.

14. Attached hereto as **Exhibit 11** is a true and correct copy of the August 7, 2026 email exchange between Adam Menzies and Brian Bandsma. *See* Declaration of Rutwik Ghodadra. Exhibit 11 contains Guidepoint's confidential, commercially sensitive information and will be provisionally filed in redacted form subject to Guidepoint's forthcoming motion to seal.

15. Attached hereto as **Exhibit 12** is a true and correct copy of the August 14, 2026 email exchange between Edward A. Paltzik to Justin K. Victor.

16. Attached hereto as **Exhibit 13** is a true and correct PDF of the publicly available website https://realtimeadv.com/team/ that counsel for Guidepoint collected on or about August 20, 2026.

17. Attached hereto as **Exhibit 14** is a true and correct copy of an August 10, 2026 letter from Jacob R. Dean to Defendants' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed: August 20, 2026

*/s/ Jacob R. Dean*

Jacob R. Dean