# EXHIBIT 10

# REAL TIME ADVISORS

*Institutional-Grade Market Intelligence. Made Actionable.*

A video podcast— delivering buyside-ready channel intelligence from the experts who move the market, 4–5 episodes per week.

**Alan Ware**
*Director of Research*

**Kirang Gohil**
*XYZ*

**Sheetal Duggal**
*XYZ*

**Martin Shkreli**
*XYZ*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# THE PROBLEM

### Data Without Direction

Financial media delivers headlines and data points — but almost never translates them into tradeable signals. Investors must do their own synthesis, often without primary source color.

### No Access to Real Advisors

The buyside relies on expensive expert network calls. That institutional-grade channel intelligence rarely reaches a broader investment audience in a timely, digestible format.

### Generic Format, Wrong Audience

Existing finance podcasts are built for retail or macro storytelling. There is no video platform built specifically for equities investors who need ticker-level, actionable insight.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TD_0343516
Liang_Maggie - Google Mail - maggie@dl.software

# THE SHOW

## What It Is

**Real Time Advisors** is a 4–5x weekly video podcast hosted by the industry's buyside veterans — Alan Ware, Kirang Gohil, and Sheetal Duggal— bringing institutional channel check intelligence directly to the investor community.

Each episode translates real advisor conversations into ticker-level, tradeable signal. Format rotates between:

- Solo analyst commentary
- Guest expert interviews
- Multi-voice panel discussions

## Distribution

**YouTube**
*Video*
*@RealTimeAdvisors*

**LinkedIn**
*Video*
*@*

**X (Twitter)**
*Video*
*@realtimeadv*

**Instagram**
*Video*
*@realtimeadvisors*

**TikTok**
*Video*
*@realtimeadvisors*

**Spotify**
*Audio*
*@ Real Time Advisors*

**Apple Podcasts**
*Audio*

**Amazon Audible**
*Audio*

# WHY REAL TIME ADVISORS WINS

**Dual Revenue**
Global Podcast Audience +
Ongoing Expert Consultancy

**4–5x**
Episodes per week
across video + audio platforms

**8**
Distribution channels at launch

## Primary Source Color

Content is grounded in direct conversations with industry insiders — executives, operators, advisors, and domain experts — not public filings or consensus models.

## Actionable by Design

Every episode is structured to answer one investor question: what does this mean for the stock? Implications, not just observations.

## Institutional Credibility

Hosted by professionals with deep buyside backgrounds. Same rigor as an expert network call — delivered at podcast scale.

## Multi-Format Reach

Video-first for visual learners and social distribution; audio on Spotify, Apple, and Audible for long-form listeners on the go.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TD_0343518
Liang_Maggie - Google Mail - maggie@dl.software

# LET'S BUILD SOMETHING THE BUYSIDE WILL ACTUALLY USE.

## Next Steps

1. Align on launch calendar and episode cadence
2. Finalize brand identity and set design
3. Identify first 4-week editorial slate (tickers, themes, guest advisors)
4. Confirm distribution setup across all 8 platforms
5. Define KPIs: subscriber growth, episode downloads, audience engagement

## Contact

**Alan Ware**
Research Analyst



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY