# EXHIBIT 13

PageVault

| | |
|---|---|
| Document title: | Team \| RealTime Advisory \| Gain Market Insights Today |
| Capture URL: | https://realtimeadv.com/team/ |
| Page loaded at (UTC): | Thu, 20 Aug 2026 15:40:42 GMT |
| Capture timestamp (UTC): | Thu, 20 Aug 2026 15:40:45 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| Capture ID: | 6EyT7rUqFmpwUYavMR2Pf2 |

TEAM

# Our Analysts

With more than 70 years of combined industry experience, RealTime Advisory delivers timely analysis on the breaking stories shaping technology markets. Not one opinion, but the whole picture.



## Alan Ware

Alan Ware has spent more than twenty years on the buy side. Most recently Director of Research and Senior Analyst at a technology, media, and telecommunications–focused investment fund, where the work spanned equity research, portfolio strategy, and capital formation.

Earlier roles include Managing Director and Portfolio Manager at a multi-asset investment advisor, managing a global equity portfolio while serving as outsourced CIO to endowments, foundations, and family offices, and Portfolio Manager at a New York investment group, following the launch of a small- and mid-cap fund family investing across spin-offs, restructurings, and corporate transitions. Career began in equity research at a long-established value-oriented manager.

With two decades of allocating capital in TMT, Alan Ware brings an informed approach to RealTime Advisory: knowing which questions carry weight, which sources hold up, and how a thesis behaves when the facts move.

*MBA, Columbia Business School. BS in Finance and Economics, University of Washington.*



## Sheetal Duggal

Sheetal Duggal combines two decades of buy-side investing in technology, media, and telecommunications with hands-on evaluation of frontier AI systems.

Currently advises a frontier AI laboratory on model quality, competitive positioning, and benchmark performance, running independent evaluations of foundation models and agentic systems across reasoning, coding, and multimodal capability, work that involves assessing where models fall short and how capability translates into enterprise use.

Prior investment roles span a full market cycle: Investment Principal at a TMT-focused investment firm; Investment Analyst at a multi-strategy manager; portfolio manager on a multi-manager platform and at a long/short equity fund, in both cases building and running TMT-focused books. Career began in financial institutions coverage at a global investment bank, followed by technology and media roles at two private equity firms and an investment analyst seat at a TMT-focused hedge fund.

*BS in Business Administration, Haas School of Business, University of California, Berkeley.*



## Kirang Gohil

Kirang Gohil has covered semiconductors and the technology supply chain for two decades, from equity research through buy-side portfolio work.

Most recently a TMT strategist focused on semiconductors, generative AI infrastructure, and datacenters at a research and market intelligence firm. Previously Senior Investment Analyst on the TMT team at a



Currently advises a frontier AI laboratory on model quality, competitive positioning, and benchmark performance, running independent evaluations of foundation models and agentic systems across reasoning, coding, and multimodal capability, work that involves assessing where models fall short and how capability translates into enterprise use.

Prior investment roles span a full market cycle: Investment Principal at a TMT-focused investment firm; Investment Analyst at a multi-strategy manager; portfolio manager on a multi-manager platform and at a long/short equity fund, in both cases building and running TMT-focused books. Career began in financial institutions coverage at a global investment bank, followed by technology and media roles at two private equity firms and an investment analyst seat at a TMT-focused hedge fund.

*BS in Business Administration, Haas School of Business, University of California, Berkeley.*

---



## Kirang Gohil

Kirang Gohil has covered semiconductors and the technology supply chain for two decades, from equity research through buy-side portfolio work.

Most recently a TMT strategist focused on semiconductors, generative AI infrastructure, and datacenters at a research and market intelligence firm. Previously Senior Investment Analyst on the TMT team at a multi-strategy hedge fund, with coverage responsibility for semiconductors, hardware, networking, and industrial technology, and before that TMT sector lead at a multi-strategy fund, directing firm investment across semis, semi equipment, hardware, and cybersecurity. Also spent three years advising family offices on long/short ideas and portfolio strategy in TMT.

Earlier roles include equity research at two TMT-focused hedge funds, covering the global semiconductor and supply-chain complex, and industrial technology equity research at a global investment bank.

*MBA in Finance, Pace University. BE in Electronics, Nagpur University.*

## Stay in the loop

Sign up with your email address to receive news and information about upcoming calls.

Email Address

Sign Up

By submitting this form, you consent to receive newsletters, event invitations, and related communications from RealTime Advisory at the email address provided. We'll only use your information to send you these communications and will not sell or share it with third parties except as described in our Privacy Policy. You can withdraw consent and unsubscribe at any time using the link in any email.

The views and opinions expressed during any RTA event are solely those of the individual consultants and speakers and do not necessarily reflect the position of RealTime Advisory. Nothing shared should be taken as investment advice, or as a recommendation to buy or sell any security or to pursue any particular investment strategy. This content is provided for informational and educational purposes only. Please consult a qualified professional regarding your own circumstances before making any financial decisions.



© 2026 RealTime Advisory. All rights reserved.