**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, and Inquire Network, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC-HJR<br><br>Jury Trial Demanded |

**STIPULATION FOR FILING AND SERVICE OF THIRD AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties to this action, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), and on consent of all parties, Plaintiff Guidepoint Global, LLC may file a Third Amended Complaint in the form annexed hereto as Exhibit 1[1]. *See* FED. R. CIV. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.").

2. The Third Amended Complaint shall be deemed to be filed and served as of the date this Stipulation is "So Ordered" by the Court.

3. Pursuant to Dkt. 98, Defendants further request, and Plaintiff consents, that their deadline to file a responsive pleading and/or counterclaims to the forthcoming Third

[1] The parties will address the sealed material related to the Third Amended Complaint in their forthcoming letter motion.

Amended Complaint be due 14 days after an upcoming planned mediation in October, should the mediation not be successful.

Dated: August 31, 2026

<table>
<tr><th colspan="2">Stipulated and Agreed to by:</th></tr>
<tr><td><u>/s/ Jacob R. Dean</u><br>Jason D. Burns<br>Daniel P. Filor<br>Shira M. Poliak<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>(212) 801-9294<br>Jason.Burns@gtlaw.com<br>Filord@gtlaw.com<br>Shira.Poliak@gtlaw.com<br><br>Justin K. Victor (admitted phv)<br>Jacob R. Dean (admitted phv)<br>Fallon Jones (admitted phv)<br>GREENBERG TRAURIG, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>(678) 553-2100<br>victorj@gtlaw.com<br>deanj@gtlaw.com<br>fallon.jones@gtlaw.com<br><br>Counsel for Plaintiff Guidepoint Global, LLC</td><td><u>/s/ Isaac M. Diskind</u><br>Edward Paltzik<br>Erik Dykema<br>Craig L. Uhrich<br>Isaac M. Diskind<br>Avery Horovitz<br>TAYLOR DYKEMA PLLC<br>914 E. 25th Street<br>Houston, Texas 77009<br>+1 (516) 526-0341<br>edward@taylordykema.com<br>erik@taylordykema.com<br>craig@taylordykema.com<br>isaac@taylordykema.com<br>avery@taylordykema.com<br><br>Counsel for Defendants</td></tr>
</table>

IT IS SO ORDERED.

Dated: ___________, 2026

______________________________
Henry J. Ricardo
United States Magistrate Judge