USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 132 (the "Letter Motion"), requesting an extension of time to respond to ECF No. 107, and Plaintiff's response letter, ECF No. 133. The Letter Motion is **GRANTED IN PART AND DENIED IN PART**.

Defendants shall file their opposition papers by **September 9, 2026**. Plaintiff shall file its reply papers by **September 16, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 132 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge