USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 134 (the "Letter Motion"), requesting to file certain documents under seal. After reviewing the relevant submissions, the Court concludes that Plaintiff's proposed redactions to the Third Amended Complaint and request to seal Exhibits 12 and 16 is sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Accordingly, Plaintiff's Letter Motion is **GRANTED**. Plaintiff is directed to file a public version of the Third Amended Complaint and exhibits with the approved redactions and a single page marked "SEALED" in place of any sealed documents.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 134 as **GRANTED**.

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge