USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
GUIDEPOINT GLOBAL, LLC, :
:
Plaintiff, :
:
-against- : 26-CV-03684 (VEC)
:
ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC., : ORDER
:
Defendants. :
-----------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 1, 2026, Magistrate Judge Ricardo entered the parties' proposed stipulation and consent for the filing of a Third Amended Complaint in this action, *see* Dkt. 131; and

WHEREAS on September 2, 2026, Plaintiff filed its Third Amended Complaint, *see* Dkts. 135 (sealed), 138;

IT IS HEREBY ORDERED that Plaintiff's motion to dismiss Defendant's crossclaims, *see* Dkt. 89, is DENIED as moot. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 89.

IT IS FURTHER ORDERED that, consistent with the parties' so-ordered stipulation, Defendants' deadline to file a responsive pleading to the Third Amended Complaint and/or assert counterclaims against Plaintiff is ADJOURNED to **fourteen (14) days** after the parties' planned October mediation. Not later than **Wednesday, September 30, 2026**, the parties are ordered to notify the Court, via letter filed on the docket, of the date of the mediation. Within **two (2) days**

of the parties' mediation, the parties must notify the Court, via letter filed on the docket, whether the mediation was successful in resolving this matter.

**SO ORDERED.**

**Date: September 8, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**