UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____________
DATE FILED: 9/8/2026

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on September 8, 2026 to discuss Plaintiff's letter motion requesting that the Court quash the subpoenas Defendants served on four non-parties: Bain & Company, Inc.; Balyasny Asset Management L.P.; Point72 Asset Management, L.P.; and Squarepoint Capital LLP. ECF No. 124. For the reasons articulated at the conference, the request to quash the subpoenas is **GRANTED**.

Because non-party Squarepoint Capital LLP's letter motion at ECF No. 146 seeks to quash the same subpoenas, that letter motion is **GRANTED**.

The Clerk of Court is respectfully directed to terminate Plaintiff's letter motion at ECF No. 124 as **GRANTED** and non-party Squarepoint Capital LLP's letter motion at ECF No. 146 as **GRANTED**.

**SO ORDERED.**

Dated: September 8, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge