**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., RealTime Advisory, Inc., and DL Software, Inc.<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC |

**DECLARATION OF JACOB R. DEAN**

I, Jacob R. Dean, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Greenberg Traurig, LLP, counsel for Plaintiff Guidepoint Global, LLC ("Guidepoint"), and am admitted to practice before this Court pro hac vice in this action. I am fully familiar with the facts set forth in this Declaration. I make this declaration in support of Guidepoint's Application by Order to Show Cause for Temporary Restraining Order and Preliminary Injunction (the "Motion"). Except as otherwise stated, I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently to them.

2. Attached hereto as Exhibit 6 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0369616-22.

3. Attached hereto as Exhibit 7 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0366263-77.

4. Attached hereto as Exhibit 8 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0366130-43.

5. Attached hereto as Exhibit 9 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0364286-89.

6. Attached hereto as Exhibit 10 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0370286-304.

7. Attached hereto as Exhibit 11 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0360925-39.

8. Attached hereto as Exhibit 12 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0364264-67.

9. Attached hereto as Exhibit 13 is a true and correct copy of the transcript of the May 15, 2026 Court hearing in this action, reflecting Guidepoint counsel's statements regarding the ongoing investigation and potential additional defendants.

10. Attached hereto as Exhibit 14 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0367821-30.

11. Attached hereto as Exhibit 15 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0360971-83.

12. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt of a document that Defendants produced in this action bearing the Bates number DL_000001-11.

13. Attached hereto as Exhibit 17 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0343522.

14. Attached hereto as Exhibit 18 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0343854-55.

15. Attached hereto as Exhibit 19 is a true and correct copy of a document reflecting Defendants' Responses and Objections to Guidepoint's Second Set of Interrogatories on August 31, 2026.

16. Attached hereto as Exhibit 20 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0203234-36.

17. Attached hereto as Exhibit 21 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_1284791-97.

18. Attached hereto as Exhibit 22 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0344001-17.

19. Attached hereto as Exhibit 23 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0332068.

20. Attached hereto as Exhibit 24 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0203144.

21. Attached hereto as Exhibit 25 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0342902-05.

22. Attached hereto as Exhibit 26 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0384322-26.

23. Attached hereto as Exhibit 27 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0196459-67.

24. Attached hereto as Exhibit 28 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0197767.

25. Attached hereto as Exhibit 29 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0193819-21.

26. Attached hereto as Exhibit 30 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0197499-502.

27. Attached hereto as Exhibit 31 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0001789.

28. Attached hereto as Exhibit 32 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0201935-36.

29. Attached hereto as Exhibit 33 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0198701-705.

30. Attached hereto as Exhibit 34 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0195950-51.

31. Attached hereto as Exhibit 35 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0200130-31.

32. Attached hereto as Exhibit 36 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0339618-53.

33. Attached hereto as Exhibit 37 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0203172.

34. Attached hereto as Exhibit 38 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_0218322-23.

35. Attached hereto as Exhibit 39 is a true and correct copy of a document that Defendants produced in this action bearing the Bates number TD_3682000-06.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed: September 9, 2026

*<u>/s/ Jacob R. Dean</u>*

Jacob R. Dean

ACTIVE 728297695v4