**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC<br><br>Jury Trial Demanded<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY** |

**[PROPOSED] ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

Upon the Third Amended Complaint for Injunctive Relief and Monetary Damages (Dkt. 139), the exhibits attached thereto, the Declarations of John Campanella and Jacob Dean, and exhibits thereto, and Plaintiff Guidepoint Global, LLC's Memorandum of Law in Support of its Application by Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, and pursuant to Federal Rule of Civil Procedure 65, it is hereby:

**ORDERED**, that Christiana (aka Tiana) Eng, John Elliott, Alex Telo, and Olyvia Giordano show cause before this Court, the Honorable Valerie Caproni presiding, at Courtroom 20C, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, on September ____, 2026, at ____ o'clock in the __.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure.

**ORDERED**, that sufficient reasons having been shown therefor, pending the hearing on Guidepoint's Motion for Temporary Restraining Order, pursuant to Federal Rule of Civil

Procedure 65, John Elliott, Alex Telo, and Olyvia Giordano, and all those acting in active concert with them, are temporarily restrained and enjoined from:

(1) disclosing, publishing, accessing, copying, or otherwise using any Guidepoint Proprietary Information. This information includes, without limitation: (i) Guidepoint's confidential source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs, techniques and research; (ii) confidential information regarding Guidepoint's organization or structure, plans for research and development, new products or services, marketing, advertising, and other business plans, budgets and financial data, licenses, pricing and costs, and suppliers; (iii) the identity of current and prospective clients of Guidepoint and Guidepoint's current and prospective contracts, policies, standards, procedures and practices; (iv) any and all confidential information regarding the experts contracted by Guidepoint, Guidepoint's business model incorporating the use of such experts and the technology and trade secrets in connection with the utilization of such business model; and (v) information regarding the metrics and compensation of Guidepoint's employees.

**ORDERED**, that sufficient reasons having been shown therefor, pending the hearing on Guidepoint's Motion for Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65, Christiana (aka Tiana) Eng, Alex Telo, and Olyvia Giordano (individually "Defendant"), and all those acting in active concert with them, are temporarily restrained and enjoined from:

directly or indirectly, either through any form of ownership, or as a director, officer, principal, agent, employee, independent contractor, employer, advisor, consultant,

shareholder, partner or in any other capacity, either for Defendant's benefit or the benefit of any other person or entity, provide or perform services for any Competing Business that are the same as or similar in purpose or function to any services that Defendants provided to Guidepoint Global, LLC. "Competing Business" means Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc. and AlphaSights, AlphaSense, Arbolus, Atheneum, BWG Strategy, Capvision, Coleman Research Group, Deepbench, Dialectica, First Thought, Gerson Lehrman Group (GLG), Knowledge Ridge, Lynk, NewtonX, Mosaic Research Management, McKinsey, Prosapient, Ridgetop, Silverlight, Stream, techspert.io, Tegus, Third Bridge, VisasQ, and any other company that is in the business, or intends to enter the business, of charging customers fees in exchange for access to an online library of primary research content.

**ORDERED**, that sufficient reasons having been shown therefor, pending the hearing on Guidepoint's Motion for Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65, Christiana (aka Tiana) Eng, Alex Telo, and Olyvia Giordano, and all those acting in active concert with them, are temporarily restrained and enjoined from:

soliciting or recruiting any employee, independent contractor or agent of Guidepoint to resign from Guidepoint or to accept employment or other engagement with any other person or company.

**ORDERED**, that sufficient reasons having been shown therefor, pending the hearing on Guidepoint's Motion for Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65, Christiana (aka Tiana) Eng, Alex Telo, and Olyvia Giordano, and all those acting in active concert with them, are temporarily restrained and enjoined from:

directly or indirectly, attempt to interfere with, impair, or adversely affect any contractual relationship or business relationship between Guidepoint Global, LLC and any client, customer, expert, advisor or other person or entity engaged by or doing business with Guidepoint Global, LLC, including without limitation engaging with any business that is a client of Guidepoint Global, LLC and with which the Defendant had contact through the Defendant's work at Guidepoint Global, LLC, on any matter that relates to Guidepoint Global, LLC.

**ORDERED**, that, expedited discovery in preparation for the hearing on Guidepoint's application for a preliminary injunction is granted, and Defendants Giordano, Elliott, and Telo are ordered to appear for depositions upon three business days' notice, which is hereby deemed a reasonable time period under the circumstances of this case to comply with discovery demands under, *inter alia*, Fed. R. Civ. P. 26, 30, and 34;

**ORDERED**, that service of a copy of this Order to Show Cause, together with the papers upon which it is based, shall be deemed good and sufficient service upon Christiana (aka Tiana) Eng, John Elliott, Alex Telo, and Olyvia Giordano by delivering a copy of the same via email to Christiana (aka Tiana) Eng, John Elliott, Alex Telo, and Olyvia Giordano's counsel, Taylor Dykema PLLC, via email at Edward@taylordykema.com, craig@taylordykema.com, erik@taylordykema.com, Avery@taylordykema.com, and Isaac@taylordykema.com no later than September __, 2026 at __:00 p.m. EST.

**ORDERED**, that the restraints herein shall remain in full force and effect for fourteen days from the date hereof, without prejudice to Guidepoint's right to seek to extend same pursuant to Fed. R. Civ. P. 65;

**IT IS FURTHER ORDERED** that Guidepoint shall not be required to post any bond or undertaking in connection with the temporary restraining order.

SO ORDERED.

Dated: ___________

_______________________________
HON. VALERIE CAPRONI
United States District Judge