**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-3684-VEC<br><br>**DECLARATION OF ALEX TELO** |

I, Alex Telo, of full age, do hereby declare as follows:

1. I am a Defendant in the above-captioned action.

2. I make this declaration in opposition to Plaintiff Guidepoint Global, LLC's Motion for an Order of Contempt Against Defendants Alan Ware, Kirang Gohil, and Those in Active Concert with Them ("Guidepoint's Motion").

3. I make this declaration based upon my personal knowledge of the facts asserted herein.

4. Guidepoint's Motion is premised upon purported violations of a Consent Order and Stipulated Injunction with regard to Defendant Alan Ware and Guidepoint which was so-ordered by the Court on May 13, 2026, (Dkt. 37), and an identical Injunction so-ordered by the Court on May 14, 2026, with regard to Defendant Kirang Gohil, (Dkt. 42) (collectively the "Injunctions").

5. I am aware that Guidepoint claims that Adam Menzies performed a moderated call run by RealTime.

6. On May 12, 2026—before the Injunctions were signed—Adam Menzies performed a call run by Inquire, which I moderated and which had no other participants.

7. As of the date of this Declaration, I no longer run calls or otherwise perform any work for Inquire.

8. I am also aware of a June 23, 2026 email in which I emailed a draft PowerPoint presentation discussing RealTime's purported plans to produce a podcast.

9. I created this draft PowerPoint presentation as a concept piece based on my own understanding of what RealTime's business was intended to entail after preliminary discussions regarding a podcast took place. This was done during a period of transition, where I was figuratively twiddling my thumbs and not performing other work.

10. At no point was I directed by anyone with authority at RealTime to prepare this draft PowerPoint presentation.

11. I subsequently sent a follow-up email which stated that the PowerPoint presentation should be ignored, as it had not been approved by anyone with authority at RealTime and because no decisions had yet been reached regarding any plans to create podcasts. A true and correct copy of this email is annexed hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2026

box SIGN 4KKWYL2W-18235R7W

Alex Telo