**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-3684-VEC<br><br>**DECLARATION OF OLYVIA GIORDANO** |

I, Olyvia Giordano, of full age, do hereby declare as follows:

1. I am a Defendant in the above-captioned action.

2. I make this declaration in opposition to Plaintiff Guidepoint Global, LLC's Motion for an Order of Contempt Against Defendants Alan Ware, Kirang Gohil, and Those in Active Concert with Them ("Guidepoint's Motion").

3. I make this declaration based upon my personal knowledge of the facts asserted herein.

4. While working for RealTime, I was tasked with contacting potential podcast producers as part of a brainstorming process which considered whether RealTime would produce podcast content for consumers.

5. As part of this brainstorming process, I contacted several production teams.

6. The production team which was most seriously considered at the time was Fame.

7. Although RealTime requested an agreement with Fame on July 15, 2026, only a few days later the decision was made not to pursue producing a podcast.

8. After failing to respond to Fame for nearly three weeks following this decision, I emailed Fame to inform them that RealTime was no longer interested in producing a podcast. A true and correct copy of this email correspondence is annexed hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2026

box SIGN 4QR857V9-182355P7

Olyvia Giordano