**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Guidepoint Global, LLC,

Plaintiff,

v.

Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,

Defendants.

CIVIL ACTION NO. 1:26-cv-3684-VEC

**DECLARATION OF EDWARD ANDREW PALTZIK, ESQ.**

I, Edward Andrew Paltzik, of full age, do hereby declare as follows:

1. I am an attorney with the law firm of Taylor Dykema PLLC, counsel of record for the Defendants in the captioned action. I am admitted to practice before this Court.

2. I make this declaration in opposition to Plaintiff Guidepoint Global, LLC's ("Guidepoint") Motion for an Order of Contempt Against Defendants Alan Ware, Kirang Gohil, and Those in Active Concert with Them (Guidepoint's "Motion").

3. I am fully familiar with the facts and circumstances of the above-captioned matter based upon my personal knowledge, documents and information provided to me by Defendants, and files maintained by my office.

4. More than 370,000 documents have been produced to Guidepoint pursuant to the Forensic Protocol ordered by the Court, a large portion of which were received from DL Software, Inc. Dkt. 79.

5. Contrary to Guidepoint's claim that it did what it could in order to avoid filing its Motion, Plaintiff's counsel did not raise with Defendants' counsel any of the discrete issues

relating to the alleged violations of the Injunctions of which they complain in the Motion, to wit, identifying any allegedly solicited client or advisor or RealTime's purported plan to produce a podcast.

6. Attached hereto as **Exhibit G** is a true and correct copy of an August 10, 2026 letter from counsel for Guidepoint to counsel for Defendants, demanding a response by 8:00 AM the following morning. The email transmitting the letter was received at 6:08 P.M on August 10, 2026.

7. At 7:49 PM, counsel for Defendants responded to Guidepoint's counsel's email prepared to immediately meet and confer regarding the issues raised in the letter. Counsel for Guidepoint responded that he was not available until the next morning.

8. Attached hereto as **Exhibit H** is a true and correct copy of the August 11, 2026 responsive letter sent by Defendants' counsel to counsel for Guidepoint. The email transmitting this letter was sent at 1:22 AM on August 11, 2026.

9. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the transcript of the June 24, 2026 deposition of Sheetal Duggal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2026

____*/s/ Edward A. Paltzik*______
Edward A. Paltzik, Esq.