USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-against-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., DL SOFTWARE, INC., JOHN ELLIOT, ALEX TELO, OLYVIA GIORDANO, MARTIN SHKRELI, and REALTIME ADVISORY, INC.,

Defendants.
----------------------------------------------------------------- X

1:26-cv-03684-VEC

SCHEDULING ORDER

GREGORY H. WOODS, United States District Judge:

On September 9, 2026 Plaintiff Guidepoint Global, LLC submitted a motion for injunctive relief. Dkt. No. 156 (the "Motion"). Earlier today, September 10, 2026, the Court held a teleconference to discuss the briefing and hearing schedule for the Motion. During the conference, the parties agreed that the initial hearing with respect to the Motion should be conducted on September 22, 2026 or September 23, 2026.

Defendants' opposition to the Motion, together with any supporting affidavits and exhibits must be filed no later than 8:00 a.m. on September 16, 2026. Any reply must be filed no later than September 18, 2026.

The Court will hold a hearing regarding the Motion on September 23, 2026 at 11:00 a.m. in Courtroom 20C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Date: September 10, 2026
New York, New York

GREGORY H. WOODS
United States District Judge