GT GreenbergTraurig

Jacob R. Dean
Tel 678.553.2161
deanj@gtlaw.com

September 15, 2026

**VIA CM/ECF**

Hon. Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

Re: 1:26-cv-03684-VEC Guidepoint Global, LLC v. Ware, et al. – Joint Letter

Dear Judge Caproni:

Pursuant to the Civil Case Management Plan and Scheduling Order (Dkt. 95), the parties submit the enclosed joint letter regarding the status of discovery and any anticipated disputes.

**1. Discovery Efforts**

***Guidepoint's Position***: Defendants served responses to Guidepoint's Second Set of Interrogatories and amended responses to Guidepoint's Second Requests for Production on August 31, 2026, as directed by Judge Ricardo's August 27 Order. Dkt. 125.

On September 14, Guidepoint followed up with Defendants regarding production required by Dkt. 125 based on Defendants' supplemental production and the deposition testimony.

*Defendants' Position*: Yesterday, Defendants received Guidepoint's responses and objections to Defendants' First Set of Requests for Production of Documents. Although review is ongoing due to the imminent filing deadline in this case (Dkt. 172), initial review makes clear that Defendants' position is that those objections are overly broad. Defendants intend to meet and confer with Guidepoint to see if these disputes can be resolved without resorting to seeking judicial intervention.

**2. Forensic Protocol And Discovery**

***Guidepoint's Position***: Three categories of materials remain outstanding under the forensic protocol entered June 4, 2026. Dkt. 79.

A. ***Log for unproduced files.*** Footnote 3 of the protocol requires Defendants to log any file removed from the production, identifying the file name, subject, date, senders and recipients, and the basis for withholding. Dkt. 79 at 8 n.3. Guidepoint requested the log on August 10, August 17, and August 21. Defendants served a preliminary privilege log on August 24 and an updated list on September 8, and on September 11 said another update would follow. Guidepoint has not received a complete log.

B. ***Release of non-privileged documents.*** The examiner released documents to Defendants' counsel on August 3. Guidepoint asked Defendants to release the non-privileged documents on August 25, September 3, and September 11, and offered to take them piecemeal. Defendants authorized release on September 11, and the examiner is preparing the production. That volume contains approximately 13,108 documents.

C. ***Deleted materials.*** The Forensic Examiner has determined that Defendants Ware, Gohil, and Duggal deleted certain responsive information. On August 21, Guidepoint requested under Paragraphs 22 and 23 of the protocol that iDS provide a summary report of deleted file activity for all Devices belonging to Duggal, Ware, and Gohil. Guidepoint is still waiting for the report to determine the full scope of deleted materials. iDS anticipates providing the report on a rolling basis.

*Defendants' Position*: As the Court is aware, the parties are in the process of briefing Guidepoint's Motion for an Order of Contempt, (Dkt. 107), and Guidepoint's Application for Temporary Restraining Order and Preliminary Injunction (Dkt. 156). This follows last week's depositions of Defendants Gohil and Ware, Defendants' supplemental production of documents prior to the Ware deposition, and the Rule 37.2 Conference held before the Hon. Henry J. Ricardo regarding Guidepoint's letter motion to quash non-party subpoenas. Dkt. 154. Given the large amount of discovery work that has been completed, and the significant amount of motion practice currently pending before the Court, Defendants are working on an ongoing basis to produce the materials identified in sections (A) and (B) above.

**3. Third Amended Complaint Application for a Temporary Restraining Order and Preliminary Injunction**

On September 3, 2026, Guidepoint filed its Third Amended Complaint, adding as defendants John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, and RealTime Advisory, Inc. Dkt. 138.

On September 9, 2026, Guidepoint filed an application by order to show cause for a temporary restraining order and preliminary injunction against Eng, Telo, Elliott, and Giordano. Dkts. 156, 160, 161. Guidepoint asks the Court to: (1) enjoin Elliott, Telo, and Giordano from using Guidepoint's Proprietary Information; (2) to enjoin Eng, Telo, and Giordano from providing services to a Competing Business, from soliciting Guidepoint's clients, employees, and Advisors, and from interfering with Guidepoint's client, customer, and Advisor relationships; and (3) to require Giordano to make her devices available for forensic imaging. Guidepoint also seeks expedited discovery in advance of the preliminary injunction hearing, including depositions of Telo, Elliott, and Giordano on three business days' notice.

Defendants have engaged with Guidepoint on agreeing to provisional relief during the pendency of the application, and counsel is currently negotiating the details of the specific provisions.

4. **Motion for Contempt**

Finally, Guidepoint's motion for an order of contempt against Ware, Gohil, and those in active concert with them is pending. Guidepoint filed its memorandum on August 21, 2026. Dkt. 114. Defendants filed their opposition on September 9, 2026. Dkt. 163. Guidepoint's reply in support is due September 16, 2026.

5. **Mediation**

The parties remain scheduled to mediate this matter on October 21 and 22, 2026, before Russell Beck, Esq.

We appreciate the Court's attention to this matter.


| | |
|---|---|
| /s/ Jacob R. Dean<br>Jason D. Burns<br>Daniel P. Filor<br>Shira M. Poliak<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>(212) 801-9294<br>Jason.Burns@gtlaw.com<br>Filord@gtlaw.com<br>Shira.Poliak@gtlaw.com<br><br>Justin K. Victor (*admitted phv*)<br>Jacob R. Dean (*admitted phv*)<br>Fallon Jones (*admitted phv*)<br>GREENBERG TRAURIG, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>(678) 553-2100<br>victorj@gtlaw.com<br>deanj@gtlaw.com<br>fallon.jones@gtlaw.com<br><br>*Counsel for Plaintiff Guidepoint Global, LLC* | /s/ Avery Horovitz<br>Edward Paltzik<br>Erik Dykema<br>Craig L. Uhrich<br>Isaac M. Diskind<br>Avery Horovitz<br>TAYLOR DYKEMA PLLC<br>914 E. 25th Street<br>Houston, Texas 77009<br>+1 (516) 526-0341<br>edward@taylordykema.com<br>erik@taylordykema.com<br>craig@taylordykema.com<br>isaac@taylordykema.com<br>avery@taylordykema.com<br><br>*Counsel for Defendants* |

cc: Counsel of Record (via CM/ECF)