UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | Civ. No.: 1:26-cv-03684-VEC |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Avery Horovitz, dated October 7, 2026, Avery Horovitz and Taylor Dykema PLLC shall move this Court, at a date and time to be determined by the Court, for an Order, (1) pursuant to Local Rule 1.4, relieving Avery Horovitz, Edward Andrew Paltzik, Erik James Dykema, Craig L. Uhrich, Isaac Diskind, and Taylor Dykema PLLC as counsel of record to Defendants Sheetal Duggal and Inquire Network, Inc. ("Defendants"); and (2) staying this action as to Defendants for thirty (30) days, in order to provide Defendants with an opportunity to retain new counsel, together with such other and further relief as this Court may deem just and proper.

Dated: October 7, 2026

By: *[/s/ Avery Horovitz]*

Avery Horovitz, Esq.
TAYLOR DYKEMA PLLC
914 E. 25th Street
Houston, TX 77009
(551) 273-4410
avery@taylordykema.com

*Counsel to Defendants*