USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Guidepoint Global, LLC,

Plaintiff,

v.

Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,

Defendants.

CIVIL ACTION NO. 1:26-cv-03684-VEC

**~~[PROPOSED]~~ MODIFIED TEMPORARY RESTRAINING ORDER**

For the reasons stated in the Court's Memorandum Opinion and Temporary Restraining Order, Dkt. 190, Guidepoint's application for a temporary restraining order is GRANTED. It is hereby ORDERED that Defendants Eng, Telo, and Giordano are ENJOINED from:

(i) disclosing, publishing, accessing, copying, or otherwise using any of Guidepoint's proprietary information;

(ii) providing or performing services to any competing business that are the same as or similar in purpose or function to any services that they provided to Guidepoint. A competing business includes any company that is in the business, or intends to enter the business, of charging customers fees in exchange for access to an online library of primary research content. This includes, but is not limited to, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.;

(iii) soliciting any Guidepoint clients, employees, or Advisors; and

(iv) impairing or adversely affecting any contractual relationship or business relationship between Guidepoint and any client, customer, expert, advisor, or other person or entity engaged by or doing business with Guidepoint.

It is FURTHER ORDERED that Defendant Elliott is ENJOINED from disclosing, publishing, accessing, copying, or otherwise using any of Guidepoint's proprietary information.

Although Federal Rule of Civil Procedure 65(c) requires that the Court issue a temporary restraining order "only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained," the TRO Defendants have voluntarily waived the bond requirement. *See* TRO at 30 (citing employment contracts). As such, Guidepoint is not required to post bond at this time. *See Int'l Bus. Machines Corp. v. De Freitas Lima*, No. 20-CV-04573 (PMH), 2020 WL 5261336, at *15 (S.D.N.Y. Sept. 3, 2020), *aff'd*, 833 F. App'x 911 (2d Cir. 2021).

**SO ORDERED.**

Dated: October 9, 2026

Valerie Caproni

Hon. Valerie Caproni, U.S.D.J.