USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' motion to seal at ECF No. 162, seeking to seal and redact portions of Defendants' opposition to the motion for contempt. The motion is **GRANTED** and the proposed redactions and requests to seal are approved.

The Court is also in receipt of Plaintiff's motions to seal at ECF Nos. 179 and 188, seeking to seal and redact portions of Plaintiff's reply for the motion for an order of contempt. The motions are **GRANTED** and the proposed redactions and requests to seal are approved.

The parties shall file public versions of the documents on the docket with the approved redactions, or for documents approved to be sealed, a single page marked "SEALED."

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 162, 179, and 188 as **GRANTED**.

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge