UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | Civ. No.: 1:26-cv-03684-VEC |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Erik Dykema, dated October 14, 2026, Erik Dykema and Taylor Dykema PLLC shall move this Court, at a date and time to be determined by the Court, for an Order, (1) pursuant to Local Rule 1.4, relieving Avery Horovitz, Edward Andrew Paltzik, Erik James Dykema, Craig L. Uhrich, Isaac Diskind, and any other attorney(s) associated with Taylor Dykema PLLC as counsel of record to Defendants Alan Ware, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, DL Software, Inc., and RealTime Advisory, Inc. ("Defendants"); and (2) staying this action as to Defendants for thirty (30) days, in order to provide Defendants with an opportunity to retain new counsel, together with such other and further relief as this Court may deem just and proper.

Dated: October 14, 2026

By: */s/ Erik Dykema*
Erik Dykema, Esq.
TAYLOR DYKEMA PLLC
914 E. 25th Street
Houston, TX 77009
erik@taylordykema.com
*Counsel to Defendants*