**THE LAW OFFICE OF JONATHAN GROSS**
2833 Smith Avenue, Suite 331 | Baltimore, Maryland 21209
Tel: (443) 300-2237 | jon@jonathangross.law

October 22, 2026

**VIA ECF**
The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

Re: *Guidepoint Global, LLC v. Alan Ware et al.*
Case Number 1:26-cv-03684-VEC

Dear Judge Caproni:

I write as incoming counsel for Defendants Alan Ware, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, DL Software, Inc., and RealTime Advisory, Inc. (collectively, "Defendants") in the above-captioned matter. Enclosed please find a proposed Consent Order substituting The Law Office of Jonathan Gross in the place and stead of Taylor Dykema PLLC as counsel of record for Defendants, pursuant to Local Civil Rule 1.4. The proposed Consent Order has been executed by outgoing counsel, by the undersigned, and by each of the Defendants.

Should Your Honor have any questions or concerns, please do not hesitate to contact me. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN GROSS

By: */s/ Jonathan Gross*
Jonathan Gross, Esq.
*Incoming Counsel for Defendants*

Enclosure

Cc: All counsel (via ECF)
Erik Dykema, Esq., Taylor Dykema PLLC (via email)