USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of counsel's letter requesting to hold the conference scheduled for October 26, 2026 by telephone. ECF No. 206. The request is **GRANTED**. The conference scheduled for October 26, 2026 (ECF No. 196) will be conducted via telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 390 637 021#).

Sheetal Duggal and Inquire Network, Inc. must attend the telephone conference. Counsel is directed to provide Sheetal Duggal with the forms for filing a pro se notice of appearance and for consenting to electronic service. Inquire Network, Inc. cannot appear pro se and will be in default if replacement counsel is not obtained. Both defendants will be required to provide contact information for court notices during the telephone conference.

**SO ORDERED.**

Dated: October 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge