USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of counsel's notice of appearance and the stipulation indicating that defendants Alan Ware, Kirang Gohil, Christiana Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, DL Software, Inc., and RealTime Advisory, Inc. (collectively, the "Represented Defendants") have obtained new counsel. ECF Nos. 204, 205.

Accordingly, the motion to withdraw at ECF No. 198 is **GRANTED IN PART** and **DENIED IN PART**. The request to withdraw as counsel for the Represented Defendants is **GRANTED**. However, this order does not apply to the remaining defendants, Sheetal Duggal and Inquire Network, Inc. The request for a stay is **DENIED**.

The Represented Defendants themselves are no longer required to attend the conference scheduled for October 26, 2026 (ECF Nos. 196, 200) although their new counsel must attend.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 198 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: October 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge