# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like electronic service, I must file additional consent forms.

**Civil case(s) filed in the Southern District of New York:**

Please list all pending and terminated cases to which this consent should apply.

Guidepoint Global, LLC v. Alan Ware, Sheetal Duggal, et al.
Case No. 1:26-cv-03684-VEC-HJR

Duggal, Sheetal
Name (Last, First, MI)

217 West 57th Street, Apt. 43C
Address

New York
City

NY
State

10019
Zip Code

917-359-2949
Telephone Number

sheetal.duggal@gmail.com
E-mail Address

10/25/2026
Date

Sheetal Duggal
Signature