USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on October 26, 2026 to discuss the motion to withdraw at ECF No. 189. For the reasons articulated at the conference, the request to withdraw as counsel is **GRANTED**. The request to stay the case is **DENIED**. Inquire Network, Inc. has until **November 25, 2026** to obtain new counsel. If Inquire Network, Inc. does not obtain counsel by this date, it will be in default.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 189 as **GRANTED IN PART** and **DENIED IN PART**. The Clerk's Office is respectfully directed to terminate Avery Horovitz, Edward Andrew Paltzik, Erik James Dykema, Craig L. Uhrich, Isaac Diskind, and Taylor Dykema PLLC as counsel for Defendants.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge