USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a discovery conference. ECF No. 217. The request is **GRANTED**.

A conference is scheduled for **November 17, 2026,** at **11:00 a.m.** by telephone to discuss Plaintiff's letter motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 796 159 936#). Defendants shall respond to Plaintiff's letter motion by **November 11, 2026**.

The Court is also in receipt of Plaintiff's letter motion to seal, ECF No. 216. The letter motion to seal will be addressed at the November 17, 2026 conference, but, from a preliminary review, there is very little in the sealed filings that would justify redaction. The fact that defendants use a certain messaging platform is not something that warrants sealing.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge