**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC-HJR |

**MOTION FOR ADMISSION PRO HAC VICE OF RUSHTON D. POPE, ESQ.**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Rushton D. Pope, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Guidepoint Global, LLC in the above-captioned action.

I am a member in good standing of the State Bar of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration in support of this Motion pursuant to Local Rule 1.3

Dated: November 16, 2026

Respectfully submitted,

*/s/ Rushton D. Pope*

Rushton D. Pope
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
Rushton.Pope@gtlaw.com

*Counsel for Plaintiff Guidepoint Global, LLC*