USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 17, 2026 to discuss the discovery disputes raised in Plaintiff's letter motion at ECF No. 217. For the reasons articulated at the conference, the parties shall adhere to the following directives.

Defendants' counsel represented that it is his understanding that Defendants Ware, Gohil, and Elliot do not have Discord accounts. By **November 23, 2026**, Defendants shall provide the credentials for Shkreli, Longo, and Dietzel's Discord accounts to the forensic examiner. By the same date, Defendants shall ascertain and relay to Plaintiff whether DL Software has the ability to obtain the Discord credentials of Daniel Grinberg. If it turns out that Defendants Ware, Gohil, and Elliot do have Discord accounts, those credentials should also be provided to the forensic examiner by **November 23, 2026**.

Regarding the motion to seal at ECF No. 216, while the initial request to file

the entirety of the identified documents under seal is **DENIED,** the revised redactions at ECF No. 222 are approved. The Clerk of Court is respectfully directed to terminate the letter motions at ECF No. 216 and ECF No. 222 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge