USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YO

| | |
|---|---|
| Guidepoint Global, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Alan Ware, Sheetal Duggal, Kirang Gohil, Christiana (aka Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, Inquire Network, Inc., DL Software, Inc., and RealTime Advisory, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03684-VEC-HJR |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Rushton D. Pope, Esq. ("Applicant"), for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the State Bars of Georgia and her contact information is as follows:

Rushton D. Pope
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
Rushton.Pope@gtlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Guidepoint Global, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

[*Signature on Following Page*]

Dated: November 17, 2026
New York, New York

HENRY J. RICARDO
United States Magistrate Judge