USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court has filed under temporary seal a Report and Recommendation certifying facts to the Honorable Valerie E. Caproni regarding the Motion for Contempt at ECF No. 107.

The Report and Recommendation was filed under seal in order to afford the parties the opportunity to request redactions of information prior to public filing, to the extent such redactions are necessary and consistent with governing law. The parties shall confer and, assuming they wish to redact portions of the Report and Recommendation, by **December 2, 2026** shall file a letter motion justifying any proposed redactions, sending by email to RicardoNYSDChambers@nysd.uscourts.gov a highlighted copy of the Report and Recommendation indicating the proposed redactions.

The parties are also reminded that by Order dated October 13, 2026, they were instructed to file public copies of certain sealed documents related to the

contempt motion on the docket. *See* ECF No. 195. The parties shall file such documents by **December 2, 2026**.

**SO ORDERED.**

Dated: November 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge