DRAFT — PRIVILEGED & CONFIDENTIAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUIDEPOINT GLOBAL, LLC,<br><br>Plaintiff,<br><br>– against –<br><br>ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., DL SOFTWARE, INC., JOHN ELLIOTT, ALEX TELO, OLYVIA GIORDANO, MARTIN SHKRELI, and REALTIME ADVISORY, INC.,<br><br>Defendants. | No. 1:26-cv-03684 (VEC) (HJR) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants Christiana (a/k/a Tiana) Eng, Alex Telo, Olyvia Giordano, and John Elliott hereby appeal to the United States Court of Appeals for the Second Circuit from the Preliminary Injunction entered in this action on October 23, 2026 (ECF No. 209), including the Memorandum Opinion and Temporary Restraining Order (ECF No. 190) on which it rests.

This appeal is taken pursuant to 28 U.S.C. § 1292(a)(1), which permits an appeal from an interlocutory order of a district court granting an injunction.

Dated: November 20, 2026

Respectfully submitted,

**LAW OFFICE OF JONATHAN GROSS**

By: /s/ Jonathan Gross
Jonathan Gross
2833 Smith Avenue, Suite 331

DRAFT — PRIVILEGED & CONFIDENTIAL

Baltimore, Maryland 21209
(443) 813-0141
jon@jonathangross.law

*Counsel for Defendants Alan Ware, Kirang Gohil, Christiana (a/k/a Tiana) Eng, John Elliott, Alex Telo, Olyvia Giordano, Martin Shkreli, DL Software, Inc., and RealTime Advisory, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I caused the foregoing Notice of Appeal to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record, and that I caused a copy to be served by email on Defendant Sheetal Duggal, who is proceeding *pro se*, at the email address he has provided to the Court.

/s/ Jonathan Gross