USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEPOINT GLOBAL, LLC,

Plaintiff,

-v-

ALAN WARE, SHEETAL DUGGAL, KIRANG GOHIL, CHRISTIANA (a/k/a TIANA) ENG, INQUIRE NETWORK, INC., and DL SOFTWARE, INC.,

Defendants.

**ORDER**

26-CV-3684 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion requesting leave to join additional counterclaim defendants (the "Letter Motion"). ECF No. 241. Responses to the Letter Motion are due by **December 3, 2026**.

A conference is scheduled for **December 10, 2026,** at **3:00 p.m.** by telephone to discuss the Letter Motion. Counsel and the pro se defendants should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 201 039 952#).

The Court is also in receipt of Defendants' letter motion to seal. ECF No. 242. Defendants should comply with the sealing procedures set out in the undersigned's Individual Rules and Practices for Civil Cases.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge